

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00814-CV

**IN THE INTEREST OF M.T.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-01585
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                  Sandee Bryan Marion, Justice
                  Phylis J. Speedlin, Justice

Delivered and Filed:  December 28, 2012

DISMISSED FOR LACK OF JURISDICTION

Appellant Mother seeks to appeal from an order terminating her parental rights to M.T. The clerk's record reflects that on December 8, 2011, the trial court signed an order terminating Appellant Mother's parental rights to M.T. The record reflects that in a separate order, also on December 8, 2011, the trial court terminated Appellant Father's parental rights to M.T. Thus, the notice of appeal was due to be filed by December 28, 2011. *See* TEX. R. APP. P. 26.1(b). Appellant Mother did not file her notice of appeal until December 4, **2012**, almost a year after the final judgment was signed in this case.

Appellant Mother has filed a motion for leave to file an untimely motion for extension of time to file a notice of appeal. *See* TEX. R. APP. P. 10.5(b). However, we have no jurisdiction to grant such a motion. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the

predecessor to Rule 26). Therefore, we DENY appellant's motion for leave to file an untimely motion for extension of time to file a notice of appeal and DISMISS this appeal for lack of jurisdiction.


PER CURIAM